# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   Case No. CR-22-299-G |
| JOSEPH LEE PRADO, | ) ) ) |
|     Defendant. | ) |

## ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 11), filed September 21, 2022. The Motion reflects that based on new information, the Government does not believe that it can meet its burden of proving one of the essential elements of the offense charged beyond a reasonable doubt, and so it would be in the best interest of justice to dismiss the Indictment without prejudice. *See* Gov't's Mot. at 1. The Government represents that Defendant does not object to this request. *See id.*

Having considered the Motion and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 1) filed July 21, 2022, charging Defendant Joseph Lee Prado with violation of Title 18, United States Code, Section 2250(a), is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of September, 2022.

CHARLES B. GOODWIN
United States District Judge